[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Tristian Coleman,
individually and on behalf of
the Coleman Family.
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

U.S. Marshal Service
including "Five Unknown"
Daniel Management Group, Inc.
NP Grand RG, LLC. of
"Grove on Grand" re Noah
properties
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 25-cv-00296
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**          **AMENDED COMPLAINT**

_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

√ **OTHER** (cite statute, if known); *Please see amended complaint attached*

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.    **Plaintiff(s):**

   A.   Name: _Teistian Yamen Coleman_

   B.   List all aliases: _n/a_

   C.   Prisoner identification number: _n/a_

   D.   Place of present confinement: _n/a_

   E.   Address: _9449 S. Kedzie Ave. #417, Evergreen Park, IL 60805_

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A.   Defendant: _U.S. Marshals Service_

       Title: _Federal government agents/agencies_

       Place of Employment: _219 S. Dearborn St, Room 1168, Chicago, IL 60604_

   B.   Defendant: _Daniel Management Group, Inc._

       Title: _Landlord_

       Place of Employment: _112 S. Sangamon St, Ste 105, Chicago, IL 60607_

   C.   Defendant: _NP Girard PG, LLC of Noah Properties_

       Title: _Landlord_

       Place of Employment: _3901 25th Ave, Schiller Park, IL 60176_

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Coleman v. U.S. Marshal Services, et al.; 25-cv-00296_

B. Approximate date of filing lawsuit: _January 10, 2025_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Tristian Coleman_

D. List all defendants: _U.S. Marshals Services, including "Five Unknown" David Management Group Inc. NP Grand RG, LLC. or "Grace on Grand" re: Noah Properties_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _federal; Northern District of Illinois - Eastern Div._

F. Name of judge to whom case was assigned: _Judge Joan B. Gottschall_

G. Basic claim made: _Per Landlord's negligence, U.S. Marshals Services illegally raided Plaintiff Coleman's private property without a warrant nor probable cause, violating his 4th Amendment Rights. Please see attached amended complaint._

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Pending_

I. Approximate date of disposition: _n/a_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Defendant violated Plaintiff's 4th Amendment rights on February 22, 2024. Defendant illegally raided Plaintiff's property w/o a warrant nor probable cause. Please see attached complaint, revised to include a fully executed signature page. (p. 9) and updated certificate of service. (p 10-11) The amended complaint is borderline restating the complaint filed on January 10, 2025.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Please see attached amended complaint and exhibits

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V.  Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property, prop. property damage, and any other injuries inflicted by defendants. Punitive damages for illegal raids against all defendants & such injunctive, declaratory, or other relief as may be appropriate including attorney's fees and reasonable expenses authorized by 42 USC §1988

VI.   The plaintiff demands that the case be tried by a jury.  ☑ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___10th___ day of ___January___, 20_25_

_Tristan Coleman_
_Tristan Coleman_
(Signature of plaintiff or plaintiffs)

_Tristan Coleman_
(Print name)

_n/a_
(I.D. Number)     9449 S. Kedzie Ave, #417

Evergreen Park, IL 60805.

(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| TRISTIAN COLEMAN, *individually and on behalf of* THE COLEMAN FAMILY<br>*Plaintiff(s)*,<br><br>v.<br><br>U.S MARSHAL SERVICE, including all federal agents individually acting under the color of federal authority ("Five Unknown"),<br>DANIEL MANAGEMENT GROUP INC. & NP GRAND RG, LLC. OF "GROVE ON GRAND" RE NOAH PROPERTIES.<br>*Defendants.* | Action No. 25-cv-00296<br><br>Judge Joan B. Gottschall |

**PLAINTIFF COLEMAN'S AMENDED COMPLAINT FOR**
**VIOLATION OF CONSTITUTIONAL RIGHTS**

Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff requests this federal court to accept this Amended Complaint, regarding a claim of violation of Plaintiff's civil rights as protected by the United States Constitution and laws of the United States, especially Illinois law. WHEREFORE, Plaintiff, TRISTIAN COLEMAN, individually and on behalf of THE COLEMAN FAMILY ("Plaintiff"), brings this federal claim against Defendants U.S. MARSHAL SERVICE ("USMS"), including all federal agents individually acting under the color of federal authority ("Five Unknown"), DANIEL MANAGEMENT GROUP, INC. & NP GRAND RG, LLC, attn: Kenia P. Rivera, Regional Property Manager, and Danielle Allen, Property Manager ("Landlord"). Each are referred to collectively as "Defendants".

A. Jurisdiction and Venue

1. Plaintiff brings this action against Defendants pursuant to the Fourth Amendment (constitutional right of protection from unlawful and unreasonable searches and seizures by the government) under U.S. Const. amend. IV, 42 U.S.C. § 1983 (deprivation of rights), § 1985a(3) (interference with civil rights), § 1986 (action for neglect to prevent such interference), the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346 et al. and Supreme Court established law under Bivens v. Six Unknown…,403 U.S. 388 (1971) ("Bivens Action").

2. This Federal Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (federal question) and § 1367 (supplemental jurisdiction).

1

3. Venue is proper under 28 U.S.C. § 1402 given Defendants are residents and/or corporations that are registered to conduct business in the State of Illinois in the Northern Federal Judicial District. Further, the February 2024 act at issue occurred within the State of Illinois in the Northern District hereof.

B. Parties

4. Plaintiff, his wife, and toddler son ("The Coleman Family") are U.S citizens and are residents of the State of Illinois.

5. USMS is a "federal agency" within the meaning of 28 U.S.C. § 2671

6. Landlord has offices located within this district in the State of Illinois.

C. Procedural Requirements

7. Plaintiff exhausted all required administrative remedies and has satisfied all procedural prerequisites prior to bringing this claim.

8. **March 20, 2024**:

   a. Plaintiff submitted a detailed Freedom of Information Act (FOIA) request, 2024-USMS-FOIA/PA000123 ("Plaintiff's FOIA Request") regarding the February 2024 act at issue, which the U.S Department of Justice, USMS, Office of General Counsel (appropriate federal agency defined as "USMS FOIA") confirmed receipt of Plaintiff's FOIA request on March 29, 2024;

   b. Plaintiff presented a "Complaint Regarding United States Marshals Service (USMS) Personnel or Programs" regarding the February 2024 act at issue ("Plaintiff's USMS Administrative Complaint"), referencing Plaintiff's FOIA request for supporting documentation as an administrative claim to USMS (redacted for confidentiality purposes with filing), which the USMS, Office of Professional Responsibility (OPR), Internal Affairs (appropriate federal agency defined as "USMS OPR IA"), confirmed receipt of Plaintiff's USMS Administrative Complaint that same day on March 20, 2024.

9. **March 28, 2024**: Plaintiff requested body worn camera footage of the February 2024 act at issue ("Plaintiff's Additional Due Diligence Request"), which the USMS, Office of General Counsel – Body Warn Camera (BWC) Group (appropriate federal agency defined as "BWC Group") confirmed receipt of Plaintiff's additional due diligence request that same day on March 28, 2024.

2

10. **May 2, 2024**: Plaintiff corresponded and followed up with USMS regarding Plaintiff's USMS Administrative Complaint via phone to 773-475-5820 and received return calls from 312-446-1571 and 000-000-0000. Task Force Supervisor Heather Ulrich, Chief Mike Hawkins or Woodhouse & Richard Manning of USMS confirmed body camera footage of the February 2024 act at issue and no warrant for Plaintiff.

11. **June 30, 2024**: Plaintiff submitted a detailed administrative claim regarding the February 2024 act at issue online and reported USMS to the Department of Justice Office of Inspector General (appropriate federal agency defined as "DOJ OIG") ("Plaintiff's Additional USMS Administrative Claim"),

12. **July 9, 2024**: Plaintiff repeated Plaintiff's March 20th USMS Administrative Complaint and Plaintiff's June 30th Additional USMS Administrative Claim, detailing the incident and injuries to Plaintiff and requested a firm amount of damages for February 2024 act at issue.

13. **August 26-27, 2024**: USMS FOIA complied with Plaintiff's FOIA request, which are three (3) redacted videos of the February 2024 act at issue, supporting Plaintiff's March 20th USMS Administrative Complaint, Plaintiff's June 30th Additional USMS Administrative Claim, and this federal complaint filing.

14. **October 1, 2024**: Plaintiff has not received a response regarding Plaintiff's USMS Administrative Complaint from USMS OPR IA as the appropriate federal agency within six (6) months.

15. **November 11-27, 2024**: Plaintiff followed up with USMS OPR IA on a response to Plaintiff's USMS Administrative Complaint. USMS OPR IA responded, "The United States Marshals Service (USMS) Office of Professional Responsibility, Internal Affairs (OPR-IA) does not provide information on investigations."

16. **January 1, 2025**: Plaintiff's March 20th USMS Administrative Complaint to USMS OPR IA and Plaintiff's June 30th Additional USMS Administrative Claim to DOJ OIG has been left without response nor action by Defendant and the appropriate USMS federal agencies for more than six (6) months since the February 2024 act at issue, permitting suit to be instituted without final action on the claim.

17. All of Plaintiff's administrative claims were presented in writing either via email or online, within two (2) years of the accrual of the claim.

3

D. Facts

1. The Coleman Family and Landlord entered in an "Apartment Lease Agreement" dated March 9, 2023 ("Lease") and all legal identification of Plaintiff, his wife, and his toddler son, as tenants and legal occupants, were provided to Landlord.

2. Landlord provided USMS with a key and access to Plaintiff's private property despite a USMS warrant listing "Joseph Jackson" ("Suspect") –a name that is not on the Lease.

3. On February 22, 2024, around 5:30pm, USMS approached Plaintiff's private property, put the key provided by Landlord into the keyhole of Plaintiff's front door, banged on Plaintiff's front door and yelled twice: "Police! U.S. Marshal Service! Arrest Warrant! Come to the Door!".

4. Despite showering –naked while rushing to put a towel on, Plaintiff immediately ran to his front door to look out the peephole.

5. Plaintiff saw a group of officers ("Five Unknown") (further defined as "USMS"), wearing plain clothes with guns; he immediately denied consent stating, "Wrong Apartment", but USMS intimidated and demanded Plaintiff to open his front door.

6. Plaintiff complied and opened the front door, explained he was in the shower, and immediately said his name, "Tristian Coleman" –not Suspect's name.

7. USMS instantly used excessive force with Plaintiff; USMS pulled Plaintiff out his property while pointing a large assault rifle at Plaintiff, leaving the front door open.

8. Upon USMS entrance, Plaintiff repeated his name, directed USMS to find his legal identification in his wallet in his red coat, confirmed to not know the Suspect, and stated his property was empty while referencing a huge canvas of the Coleman Family, proving that only three (3) people, not the Suspect, live at the Property.

9. It is an undisputed fact that when entering Plaintiff's private property, one will immediately see a large 30 x 40 canvas of Plaintiff, Plaintiff's wife, and their then 8-month-old son (further defined as "The Coleman Family") on the wall facing the front door. Again, all three Coleman family member's names are also listed in the Lease.

10. USMS immediately arrested and seized Plaintiff into the hallway out of Plaintiff's private property; USMS did not present a warrant to Plaintiff.

11. USMS brought a search dog into Plaintiff's private property after Plaintiff continued repeating that his property was empty.

4

12. While barefoot and handcuffed in a towel, Plaintiff was forced to stay in the hallway with one of the Unknown Five during the entire 20-minute raid as the remaining USMS and a search dog illegally searched Plaintiff's private property, including Plaintiff's bed and conjoined bathroom & their toddler's son's bed and bathroom, over three (3) times without presenting a warrant nor probable cause for the illegal search and seizure.

13. In the hallway, one of the Unknown Five questioned Plaintiff about Suspect again.

14. Plaintiff repeated his name, offered to present legal identification again, told USMS that the Coleman Family are the only tenants and legal occupants of the Private Property pursuant to a Lease with Landlord, repeated that he does not know Suspect and no one by Suspect's name lives at Plaintiff's Private Property, the Property is empty because Plaintiff's wife went to pick up their toddler son from school before 6:00pm, and that USMS were illegally raiding the wrong Private Property.

15. While still barefoot and handcuffed in a towel in the hallway in front of the Neighbor's door, Plaintiff inquired about a search warrant; One of the Unknown Five in the hallway with Plaintiff replied, "We don't know what to tell you [about a search warrant]. We will have you ready; just wait right here."

16. As Plaintiff looked outside the hallway window, Plaintiff noticed all his neighbors and everyone were outside or on their balconies, staring at him.

17. Around 5:50pm, USMS escorted Plaintiff back into his Private Property and took the handcuffs off Plaintiff, asking personal information about his previous addresses and family members.

18. As Plaintiff reached for his legal identification, USMS refused to acknowledge such proof of legal identification to instead show Plaintiff a picture of the Suspect (another African American male with "locs" hairstyle), which Plaintiff confirmed to not know.

19. Inquiries were exchanged, but there was never a clear response to any of Plaintiff's questions, especially about the search warrant; USMS never presented a search warrant to Plaintiff.

20. During a conversation between one of the Unknown Five and Plaintiff –Around 5:50pm, another one of the Unknown Five did not use a key, but politely knocked on Plaintiff's neighbor's ("Neighbor") door, to which the Neighbor answered.

21. The Neighbor admitted to being on federal house arrest probation in Northern Illinois and provided information about his probation officer but, further denied USMS consent to search his property without a warrant because Suspect was not in his property and closed his door to USMS.

22. Eventually, USMS left but, Plaintiff noticed all Defendants dispersed to about eight (8) cars parked in the parking lot of Plaintiff's private property.

23. After USMS left, Plaintiff called his wife at 5:51pm to inform her about the 20-minute raid with the USMS search dog.

24. Around 6:20pm –looking throughout the peephole, Plaintiff witnessed USMS' return to the Neighbor's Property –the door across from Plaintiff's Property without a key.

25. Although USMS raided Plaintiff's private property for 20 minutes, USMS did not raid the Neighbor's property at all.

26. In less than two (2) minutes, USMS yelled, banged on Neighbor's front door and pulled the Suspect out of the Neighbor's Property when the Neighbor opened his door.

27. Around 6:25pm, USMS correctly arrested the Neighbor and the Suspect, another African American male with the same "locs" hairstyle as Plaintiff.

28. On May 1, 2024, Landlord towed Plaintiff's emergency car after knowledge of an early February car accident and the February 2024 USMS raid at issue.

29. On May 2, 2024, Plaintiff's wife corresponded with Landlord at 773-328-8038, who confirmed providing key access as compliance with USMS, stating verbatim "for them to arrest [your] husband, Suspect name" –which is not Plaintiff's name per the Lease, and further implying a "mix-up" based on race and hairstyle.

30. To this day, Landlord continues to ignore Plaintiff's contact attempts and never scheduled to meet with Plaintiff to address the February 2024 USMS raid at issue in Plaintiff's private property.

31. This entire ordeal with USMS, including the Five Unknown, and Landlord could have been avoided and it completely ruined Plaintiff's and his wife's 31st birthday on February 22, 2024.

E. Claim of Relief

32. During the evening of February 22, 2024, Plaintiff was lawfully present in his Private Property until Defendants violated Plaintiff's constitutionally protected civil rights by knowingly, intentionally, willfully, maliciously, and negligently:

    a. seized Plaintiff outside of his Private Property without probable cause to believe that Plaintiff (or anyone else lawfully occupying) had/has committed, was committing or was about to commit a crime,

    b. illegally searched (with a search dog) Plaintiff and his Private Property more than once without a search warrant and without reasonable cause,

    c. used excessive force upon Plaintiff during the illegal raid,

    d. failed to intervene to protect Plaintiff from violation of Plaintiff's civil rights by neglecting proper due diligence with the Lease, at minimum, and;

    e. conspired together to violate one or more of Plaintiff's civil rights.

33. In addition to violating Plaintiff's constitutionally protected civil rights, Plaintiff further seeks damages for Defendants' tort claims of assault, battery, exercise of excessive force, false arrest and/or imprisonment, intentional infliction of emotional distress/mental and emotional distress, abuse of process, invasion of privacy, illegal entry, illegal search and seizure, negligence, conspiracy, and failure to prevent from constitutional violations.

    a. The February 2024 USMS raid at issue is unfortunately Plaintiff's second (2nd) experience with raids. Years ago, Plaintiff experienced a raid (at another's family member's private property), resulting in continued post-traumatic stress and mental and emotional distress.

    b. Despite this unfortunate "reoccurrence", the February 2024 USMS raid at issue was the most traumatic experience for Plaintiff given it occurred at his own private property and could have been prevented. As an African American male, having an assault rifle aimed at you is a crippling fear and has presented additional post-traumatic stress and intentional infliction of emotional distress on Plaintiff.

    c. Any door knocks and loud banging is now triggering for Plaintiff and The Coleman Family.

7

d.  Plaintiff and the Coleman Family believe their privacy has completely been invaded given it took twenty (20) minutes, including a search dog, to search a 2-bedroom apartment just to find nothing and nobody. Yet, USMS did not raid but correctly identified and arrested the Suspect at the Neighbor's property in two (2) minutes.

e.  Since the neighbors and everyone witnessed the February 2024 USMS raid at issue, Plaintiff and the Coleman Family have further privacy concerns and are embarrassed from all interaction with all neighbors due to February 2024 USMS raid at issue.

f.  The Coleman Family's "what-ifs" and Plaintiff's concerns for safety have heightened now given Plaintiff knows USMS had a key and access to his Private Property due to Landlord's negligence. Consequently, Plaintiff now feels like anyone can just walk into his Private Property after such "discriminatory animus"-like actions of failure to intervene to protect their tenant and legal occupant's civil rights by negligently performing due diligence for names pursuant to a fully executed Lease, detailing identification and confirming occupancy.

34. Plaintiff also claims violation of rights that may be protected by Illinois law, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or other claim that may be supported by the allegations of this complaint.

35. Plaintiff asks that this case be tried by a jury.

36. WHEREFORE, Plaintiff asks for the following relief:

a.  Plaintiff demands compensatory damages to compensate for all bodily harm, mental/emotional harm, pain and suffering, loss of enjoyment of life (within Private Property), property damage, and other injuries inflicted by Defendants,

b.  Plaintiff also seeks punitive damages against each Defendant,

c.  And such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses by 42 U.S.C. § 1988 (vindication of civil rights)

d.  Plaintiff has not previously filed a case in this district.

Exhibits Attachments: Supporting Documentation

    a. Landlord Business Entity Search (2)

    b. Plaintiff's March 20th Complaint Regarding United States Marshals Service Personnel or Programs (redacted for confidentiality purposes with filing), and USMS OPR IA acceptance correspondence thereof.

    c. Plaintiff's June 30th Additional USMS Administrative Claim online

    d. Plaintiff's Freedom of Information Act (FOIA) request 2024-USMS-FOIA/PA 0012 and related correspondence and compliance/evidence link thereof.

    e. Plaintiff's correspondence regarding USMS OPR IA's response to Plaintiff's March 20th Complaint Regarding United States Marshals Service Personnel or Programs (redacted for confidentiality purposes with filing), and USMS OPR IA response thereof.

    f. Plaintiff's AT&T Phone Records between USMS and Landlord.

Date: January 10, 2025

Respectfully submitted,

**TRISTIAN COLEMAN,** *individually and on behalf of* THE COLEMAN FAMILY

/s/ *T. Coleman*

Tristian Coleman
9449 S. Kedzie Ave., #417
Evergreen Park, Illinois 60805
(312) 714 – 6806
colemantristian@yahoo.com

**JACQUELINE D. GIBSON, ESQ. LL.M,** *attorney for Plaintiff(s)*

/s/ *Jacqueline D. Gibson, esq. LLM*

Jacqueline D. Gibson
9449 S. Kedzie Ave., #417
Evergreen Park, Illinois 60805
(773) 587 – 5050
jacquidgibson@gmail.com

9

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5, LR 5.5 (Proof of Service), Service has been made of Summons and Complaint as all documents required to be served by Fed. R. Civ. P. 5(a) in a manner authorized by Fed. R.Civ. P. 5(b) and (c). On behalf of Plaintiff, I, Jacqueline D. Gibson, Esq. LL.M, as undersigned, certify that the Summons in a Civil Action and Complaint, 25-cv-00296, was served as follows:

1. **U.S MARSHALS SERVICE**.
   a. I personally served and delivered five (5) copies of the attached Summons and Complaint to the Clerk if the Court on the date of filing, Friday, January 10, 2025.
   b. I personally served and delivered a copy of the attached Summons and Complaint to the Defendant party's office on an unnamed <u>Contractor Employee of the U.S. Marshals Service, Dirksen Federal Building at 219 S. Dearborn St., Room 1168, Chicago, Illinois 60604</u>, who is designated by law to accept service of process on behalf of <u>U.S. Marshals Service</u> on <u>Monday, January 13, 2025 at 1:45pm</u>.
   c. I personally served and delivered the attached Summons and Complaint to Defendant's Attorney on an unnamed <u>Front Desk Clerk of the United States Attorney's Office of the Northern District of Illinois, Eastern Division, Dirksen Federal Building at 219 S. Dearborn St., 5th Floor, Chicago, Illinois 60604</u>, who is designated by law to accept service of process on behalf of <u>U.S. Marshals Service</u> on <u>Monday, January 13, 2025 at 1:50pm</u>.
   d. I personally mailed a copy of the attached Summons and Complaint to Defendant's Attorney, <u>the Acting Attorney General James R. McHenry III. Pamela Bondi or Merrick B. Garland at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001</u> who is designated by law to accept service of process on behalf of <u>U.S. Marshals Service</u> on <u>Tuesday, January 21, 2025</u>.
   e. I electronically served a copy of the attached Summons and Complaint pursuant to this District Court's ECF system as to ECF filers on <u>Tuesday, January 21, 2025</u>, to the following ECF filers: <u>AUSA - Chicago USAILN.ECFAUSA@usdoj.gov</u>

2. **DANIEL MANAGEMENT GROUP INC.** I personally served, electronically mailed (emailed kevin@thesterlinglaw.com) and delivered a copy of the attached Summons and Complaint to Defendant's Attorney, <u>Kevin A. Sterling Esq. at 112 S. Sangamon St., Suite 101, Chicago, Illinois 60607</u>, who is designated by law to accept service of process on behalf of <u>Daniel Management Group, Inc.</u> on <u>Monday, January 13, 2025 at 4:25pm</u>.

3. **NP GRAND RG, LLC. OF "GROVE ON GRAND" RE NOAH PROPERTIES**.
   a. I personally served and delivered a copy of the attached Summons and Complaint to the Defendant party's office on an unnamed <u>Manager at the principal address of 3901 25th Ave., Schiller Park, Illinois 60176</u>, a person of suitable age and discretion who is employed there and designated by law to accept service of process on behalf of <u>NP Grand RG, LLC</u> on <u>Wednesday, January 15, 2025 at 9:15am</u>.
   b. I personally electronically mailed (emailed john@salawchicago.com) and mailed a copy of the attached Summons and Complaint to Defendant's Attorney, <u>John N. Skoubis, Esq. at 1990 E. Algonquin Rd., Suite 230, Schaumburg, Illinois 60173</u>, who is designated by law to accept service of process on behalf of <u>Daniel Management Group, Inc.</u> on <u>Tuesday, January 21, 2025</u>.

The undersigned declares under penalty of perjury under the laws of the United States of America that the foregoing information contained herein is true and correct.

**JACQUELINE D. GIBSON, ESQ.**
**LL.M,** *attorney for Plaintiff(s)*

/s/ *Jacqueline D. Gibson, esq. LLM*

Jacqueline D. Gibson
9449 S. Kedzie Ave., #417
Evergreen Park, Illinois 60805
(773) 587 – 5050
jacquidgibson@gmail.com

11



Office of the Secretary of State

ilsos.gov

# Business Entity Search

## Entity Information

| | | | |
|---|---|---|---|
| **Entity Name** | DANIEL MANAGEMENT GROUP, INC. | | |
| **File Number** | 69153593 | **Status** | ACTIVE |
| **Entity Type** | CORPORATION | **Type of Corp** | DOMESTIC BCA |
| **Incorporation Date (Domestic)** | 07-17-2013 | **State** | ILLINOIS |
| **Duration Date** | PERPETUAL | | |
| **Annual Report Filing Date** | 05-28-2024 | **Annual Report Year** | 2024 |
| **Agent Information** | KEVIN A. STERLING ESQ. 112 SOUTH SANGAMON STREET, SUITE 101 CHICAGO ,IL 60607 | **Agent Change Date** | 10-13-2022 |

## Services and More Information

6/18/24, 1:25 PM                                          Business Entity Search

Office of the Secretary of State

ilsos.gov

# Business Entity Search

## Entity Information

| | | | |
|---|---|---|---|
| **Entity Name** | NP GRAND RG, LLC | | |
| **Principal Address** | 3901 25TH AVE<br>SCHILLER PARK,IL 60176 | | |
| **File Number** | 07544189 | **Status** | ACTIVE on 03-06-2024 |
| **Entity Type** | LLC | **Type of LLC** | Foreign |
| **Org. Date/Admission Date** | 02-13-2019 | **Jurisdiction** | DE |
| **Duration** | PERPETUAL | | |
| **Annual Report Filing Date** | 03-06-2024 | **Annual Report Year** | 2024 |
| **Agent Information** | JOHN N. SKOUBIS<br>1990 E ALGONQUIN RD STE 230<br>SCHAUMBURG, IL 60173-4157 | **Agent Change Date** | 04-06-2022 |

6/27/24, 2:15 PM                                    Gmail - Automatic reply: [EXTERNAL] Complaint Submission - Coleman

 Gmail

Jacqui Gibson <jacquidgibson@gmail.com

---

**Automatic reply: [EXTERNAL] Complaint Submission - Coleman**

---

**Internal Affairs (USMS)** <Internal.Affairs@usdoj.gov>                              Wed, Mar 20, 2024 at 4:59 PI
To: Jacqui Gibson <jacquidgibson@gmail.com>

This is an automatic reply confirming the receipt of your correspondence from the United States Marshals Service
Office of Professional Responsibility, Internal Affairs.

Thank you for contacting the United States Marshals Service, Internal Affairs. The information you provided will
be reviewed and processed in accordance with the United States Marshals Service and the Department of Justice
policies and procedures.

Please do not reply to this message.

SUBMIT FORM



**U.S. Department of Justice**
United States Marshals Service

## Complaint Regarding United States Marshals Service (USMS)
## Personnel or Programs

*\* Required Field*

| | |
|---|---|
| **Your Name:** | Tristian Coleman |
| **Email Address:** | colemantristian@yahoo.com ; jacquidgibson@gmail.com |
| **Phone Number:** | 312-714-6806 |
| **Other Number:** | 773587-5050 |
| **Street Address:** | ████████████████ |
| **City:** | River Grove |
| **State:** | Illinois |
| **ZIP Code:** | 60171 |
| **County:** | Cook |

[✓] *\* I certify that the information contained herein is true and correct to the best of my knowledge.*

**\* COMPLAINT DETAILS** - Please provide a description of the facts and circumstances surrounding the reported activities, such as the evidence forming the basis of this report, the names of the individuals involved, dates, location, and their involvement:

United States Marshals Service personnel illegally raided my apartment on in pursuit of the arrest of Joseph Jackson on February 22, 2024. I have a pending FOIA request under FOIA/PA request #2024-USMS-FOIA/PA-000123.

**Privacy Act Statement:** The USMS is authorized to collect this information from you pursuant to 28 C.F.R. § 0.111(n) and 28 C.F.R. § 0.113. The USMS will use the information you provide to investigate your complaint regarding USMS personnel and/or programs, and may contact you for more information. The information may be shared within the USMS, or to other components of the Department of Justice. In addition, the USMS may share the information with law enforcement agencies investigating a violation of law (whether criminal, civil, and/or administrative), or agencies implementing a statute, rule, or order. The contents of your complaint may be shared with Congressional offices. Additionally, the USMS may disclose relevant portions of the information to appropriate parties engaged in litigation and for other routine uses as specified in the Federal Register. You are not required by law to provide the requested information, but if you do not provide data in the fields listed, the USMS may not be able to properly address your complaint.
*OMB Control Number 1105-0108 (Exp. 08/31/2023)*

6/27/24, 2:31 PM      Gmail - Automatic reply: [EXTERNAL] Coleman - Request regarding Complaint & FOIA No. 2024-USMS-FOIA/PA-000123

 Gmail               Jacqui Gibson <jacquidgibson@gmail.com

## Automatic reply: [EXTERNAL] Coleman - Request regarding Complaint & FOIA No. 2024-USMS-FOIA/PA-000123

1 message

**OGC BWC Review (USMS)** <OGCBWCReview@usdoj.gov>            Thu, Mar 28, 2024 at 1:25 P
To: Jacqui Gibson <jacquidgibson@gmail.com>

*Thank you for contacting the Office of the General Counsel - Body Worn Camera (BWC) Group. This email inbox is monitored from 9:00 am to 5:30 pm EST, Monday through Friday.   Your e-mail request has been received and the BWC Group will make every effort to respond to your request as soon as practicable.*

🇺🇸 An official website of the United States government  Here's how you know



**U.S. Department of Justice
Office of the Inspector
General**

MENU

# Violation of Civil Rights or Civil Liberties Complaint

This form should only be used to submit complaints related to **violations of civil rights or civil liberties by DOJ employees**. For complaints that do not involve violations of civil rights or civil liberties, click here.

Please Note: The online complaint form is the most efficient method for submitting complaints to the DOJ OIG Hotline.

Section 1001 of the USA Patriot Act directs the Inspector General to review information and receive complaints alleging abuses of civil rights and civil liberties by Department of Justice employees. The OIG has created a special section in its Investigations Division to process these complaints. This section will identify the more serious civil rights and civil liberties allegations and assign them to OIG employees for investigation. The OIG will refer other complaints to Department components for their review and handling.

To ensure proper handling of your complaint, please include "ATTN: Civil Rights and Civil Liberties Complaints" at the top of your fax submission.

If you would like to submit supporting documentation, please mail in your complaint with the supporting documentation to the address listed below, instead of using our online form.

Submit Report Online

**Mailing Address**:

U.S. Department of Justice
Office of the Inspector General
Investigations Division
ATTN: Civil Rights & Civil Liberties Complaints
950 Pennsylvania Ave., NW
Washington, DC 20530

**Fax**: (202) 616-9881

12/8/24, 6:06 PM                                Violation of Civil Rights or Civil Liberties Complaint

**Hotline**: (800) 869-4499
Operational 10am-4pm EST

*\* Due to reported instances of the unauthorized use of government phone numbers, please note
that the OIG Hotline number is never used to make outgoing calls. If you receive a call from a
number that appears on a caller ID system to have come from the OIG Hotline (800-869-4499),
please do not respond, and notify the OIG Hotline immediately.*

What to Report to the OIG                          Protections for Whistleblowers

Return to top

**Oversight Work**                                 **About**

Criminal and Civil Cases                           About the Office

Misconduct Findings                                Careers

Ongoing Work                                       Contact

Pandemic Response Oversight                        Contracting Opportunities

Recent Updates                                     Meet the Inspector General

Reports
**Resources**                                      **External Resources**

Accessibility                                      Council of the Inspectors General on Integrity
                                                   and Efficiency
Body Worn Camera Policies
                                                   Department of Justice
FOIA
                                                   Oversight.gov
Webinar for Grantees: The Audit Process
                                                   Pandemic Response Accountability Committee
Whistleblower Rights and Protections

NDAA Notice

12/8/24, 6:06 PM           Violation of Civil Rights or Civil Liberties Complaint



**950 Pennsylvania Avenue NW**
**Washington, DC 20530-0001**

(202) 514-3435

Department of Justice

In memory of OIG Special Agent William "Buddy" Sentner

Privacy Policy | EEO Policy | Legal Policies & Disclaimers | No Fear Act | Sitemap



**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

_____

*CG-3, 15ᵗʰ Floor*
*Washington, DC 20530-0001*

March 29, 2024

Mr. Tristian Coleman
█████████████████████
River Grove, IL 60171

**Re: Freedom of Information Act Request Number 2024-USMS-FOIA/PA-000123**
**Subject: FOIA Request for USMS Records, Warrants, BWCF**

Dear Mr.Coleman;

The United States Marshals Service (USMS) is in receipt of your Freedom of
Information Act/Privacy Act (FOIA/PA) request for the following:

*"Any and all records, warrants, photos, and camera footage video on every United States*
*Marshals Service personnel involved in the conversation with property management thereof and*
*the raid of both* ████████████ *Avenue, Apt. 303 and Apt. 304, River Grove, Illinois 60171*
*leading up to the arrest of Joseph Jackson on February 22nd between 4:00pm - 8:00pm. (Date*
*Range for Record Search: From 02/21/2024 To 02/23/2024)"*

The USMS adopted a "first in/first out" practice for processing all incoming FOIA/PA
requests. Your request was placed in chronological order based on the date of receipt and will be
handled as quickly as possible when assigned for processing. Please be advised that USMS
utilizes multi-track processing pursuant to 28 CFR §16.5(b), which is comprised of 3 separate
queues: (1) simple; (2) complex; and (3) expedited. Requests placed into the simple queue are
requests where responsive records are readily available within this office and can generally be
processed quickly. Requests placed into the complex processing queue are requests that require
searches to one or more other offices within the USMS and/or may involve a voluminous amount
of records. Finally, requests placed into the expedited queue are those requests which have been
granted "expedited processing" status pursuant to 28 CFR §16.5(e).

Your request is currently assigned to the complex queue, as the records you seek, should
they exist in USMS systems or files, are likely maintained outside of this office. Further, FOIA
staff has not yet been able to complete a search to determine whether the USMS possesses
records that are responsive to your request.

*Additionally, some portions of your request appear to request information related to a*
*3rd party that we have not received a DOJ-361 or a declaration signed under penalty of*
*perjury authorizing the USMS to disclose information specifically for, "Joseph Jackson" the*
*portion of your request requiring the authorization of a 3rd party. While we will proceed with*



**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

CG-3, 15th Floor

*Washington, DC  20530-0001*

August 26, 2024

Ms. Jacqueline Gibson

███████████████████████████

River Grove, IL  60171
jacquidgibson@gmail.com

        **Re:  Freedom of Information Act Request No. 2024-USMS-FOIA/PA-000123**
        **Subject:**

Dear Requester:

        The United States Marshals Service (USMS) is responding to your Freedom of Information Act (FOIA) request received by USMS on March 28, 2024 for the following:

> *"Any and all records, warrants, photos, and camera footage video on every United States Marshals Service personnel involved in the conversation with property management thereof and the raid of both* ███████████████████*, Apt. 303 and Apt. 304, River Grove, Illinois 60171 leading up to the arrest of Joseph Jackson on February 22nd between 4:00pm - 8:00pm. (Date Range for Record Search: From 02/21/2024 To 02/23/2024)"*

        Pursuant to your request, the USMS conducted a search for records responsive to your request and located 3 video(s) and zero pages of responsive documents within the following offices/divisions:

                Office of General Counsel Body Worn Camera Program
                Northern Illinois

        To provide you with the greatest degree of access authorized by the Freedom of Information Act ("FOIA") and the Privacy Act, we have considered your request in light of the provisions of both statutes.  The records you seek are located in a Privacy Act system of records that, in accordance with regulations promulgated by the Department of Justice, is exempt from the access provisions of the Privacy Act.  See 28 C.F.R. § 16.101.  Accordingly, to permit access to the records, your request was processed under the provisions of the FOIA.

        To withhold a responsive record in whole or part, an agency must show both that the record falls within a FOIA exemption, 5 U.S.C. § 552(b), and that the agency "reasonably foresees that disclosure would harm an interest protected by  exemption." See § 552(a)(8)(A)(i)(I); *Machado Amadis v. U.S. Dep't of State*, 971 F.3d 364 (D.C. Cir. 2020). As described in this correspondence,

12/8/24, 5:50 PM                          Gmail - Evidence.com - Evidence Download Link

 Gmail                                   Jacqui Gibson <jacquidgibson@gmail.com>

## Evidence.com - Evidence Download Link

**Axon** <noreply@evidence.com>                                    Mon, Aug 26, 2024 at 9:36 AM
To: jacquidgibson@gmail.com

 | **Axon - United States Marshals Service**

# Evidence.com - Evidence Download Link

**Jeronimo Guzman** (Badge ID: **COGC26**) from **United States Marshals Service**
(https://usms.us.evidence.com) has sent you a link to download evidence on Evidence.com. After
clicking on the link below you will download **1** zip or iso files containing the requested evidence. This
download may take a while depending on your internet connection.

The United States Marshals Service (USMS) is responding to your Freedom of Information Act (FOIA)
request 2024-USMS-FOIA/PA-000123. Please find attached the final disclosure. For additional
information, please refer to the Final Release letter provided via email on August 26, 2024.

**Please note that your access to this link will expire on September 25, 2024 10:36:24 (-04:00).**
Afterwards, you will need to contact the sender to request access.

Download link:
[Click here to download]

Thank you,
The Axon Team

SECURITY NOTICE: Axon will not send you emails that request your username, password, security questions, or any
other sensitive information. If you receive an email requesting information, it is most likely an attempt to gain access to
your account. Furthermore, please verify that any hyperlinks in the message above begin with the proper URL e.g.
"https://agencyname.evidence.com". Please forward emails that appear suspicious to help@evidence.com.

12/8/24, 5:52 PM                                    Gmail - FOLLOW UP (Coleman)

 **Gmail**                                      Jacqui Gibson <jacquidgibson@gmail.com>

## FOLLOW UP (Coleman)

**Jacqui Gibson** <jacquidgibson@gmail.com>                        Wed, Nov 27, 2024 at 2:39 PM
To: "Internal Affairs (USMS)" <Internal.Affairs@usdoj.gov>
Cc: USMS OGC FOIA <USMS.FOIA@usdoj.gov>, internal.affairs@usdoj.gov, Ogcbwcreview@usdoj.gov, ogis@nara.gov,
Tristian 🖤 <colemantristian@yahoo.com>

To Whom It May Concern,

Coleman requested an update and response from Internal Affairs regarding the March 2024 complaint and the damages
request per this email thread below, to which Internal Affairs is legally required to respond within six (6) months and has
not as of today.

FOIA already complied and submitted footage of the February 2024 illegal raid in August 2024. That being said, no
response is no longer needed from FOIA; What is the response from Internal Affairs to the complaint and damages
request before pursuit of litigation?

-Jacqui

**Jacqueline D. Gibson, Esq., LL.M**
jacquidgibson@gmail.com | 773.587.5050

Please pardon my brevity, any misspellings and grammatical errors because this message was sent from my iPhone.

CONFIDENTIALITY NOTICE
This communication, along with any documents, files, or attachments, is intended only for the use of the addressee and
may contain legally privileged and confidential information. If you are not the intended recipient, you are notified that any
dissemination, forwarding, distribution, or copying of any information contained in or attached to this communication is
strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the
original communication and its attachments without reading, printing, or saving in any manner.


On Nov 27, 2024, at 1:59 PM, Internal Affairs (USMS) <Internal.Affairs@usdoj.gov> wrote:


The United States Marshals Service (USMS) Office of Professional Responsibility, Internal
Affairs (OPR-IA) does not provide information on investigations.


For records requests, please submit a Freedom of Information Act (FOIA) request on the USMS
FOIA webpage:


https://www.usmarshals.gov/freedom-of-information-act


Thank you,


USMS OPR-IA

**From:** Jacqui Gibson <jacquidgibson@gmail.com>
**Sent:** Monday, November 11, 2024 5:18 PM
**To:** Internal Affairs (USMS) <Internal.Affairs@usdoj.gov>; OGC BWC Review (USMS) <OGCBWCReview@usdoj.gov>; USMS FOIA <USMS.FOIA@usdoj.gov>; Tristian <colemantristian@yahoo.com>
**Subject:** [EXTERNAL] Fwd: FOLLOW UP (Coleman)

To U.S. Marshal Service:

FOIA has complied with the video evidence of the February 2024 illegal raid against the Coleman Family, which supports the administrative complaint per the email below. Despite phone calls and voicemails, still, there has been no response from the agency, except for FOIA --no response from Office of Professional Responsibility, Internal Affairs at all.

What is the status of your response this March 2024/July 2024 administrative complaint and the damages demand before pursuit of litigation.

-Jacqui

_____

**Ms. Jacqueline D. Gibson, Esq., LL.M**

**E:** jacquidgibson@gmail.com

**P:** 773.587.5050

CONFIDENTIALITY NOTICE
This communication, along with any documents, files, or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are notified that any

dissemination, forwarding, distribution, or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing, or saving in any manner.

---------- Forwarded message ----------
From: **Jacqui Gibson** <jacquidgibson@gmail.com>
Date: Tue, Jul 9, 2024 at 9:40 PM
Subject: FOLLOW UP (Coleman)
To: USMS OGC FOIA <USMS.FOIA@usdoj.gov>, <internal.affairs@usdoj.gov>, <Ogcbwcreview@usdoj.gov>, <ogis@nara.gov>
Cc: Tristian 🖤 <colemantristian@yahoo.com>

To U.S. Marshal Service:

Per the attachments, I am following up on the March 2024 complaint and FOIA request regarding the February 2024 illegal raid of Tristian Coleman/Coleman Family.

U.S. Marshals illegally raided the Coleman Family's private property on February 22, 2024. In sum, U.S. Marshals illegally searched and seized Tristian Coleman's private property in River Gove, Illinois multiple times (second time unreasonably with a search dog) without a warrant and no probable cause in pursuit of the pictured neighbor instead. Also, USMS caused injury to Tristian Coleman through assault with a rifle, battery, false arrest, among other torts. Tristian had an assault rife pointed at him and handcuffed naked outside of his Private Property in front of his neighbors while U. S. Marshals searched Coleman's private property for over 20 minutes to find no one and nothing. Additional details and facts can be found through the camera footage you have. I submitted a FOIA request for supporting documentation/information through camera footage already confirmed to me by your Task Force department in May 2024. In

other words, U.S. Marshal already admitted to and having evidence of such illegal raid to me (so I ask you to preserve all video and written evidence). Therefore, Tristian Coleman requests $4,000,000.00 as damages for the illegal raid. If not, we are preparing to litigate before the year ends. These details are to be added to the March 2024 complaint with the effective date thereof.

Speaking of complaints, we also filed an online complaint with the above-mentioned details with the Department of Justice Office of Inspector general (DOJ OIG).

It has been about three (3) months since presenting the attached March 2024 complaint, we hope to receive a response from the government regarding this February 2024 illegal raid pending litigation, which can be filed between six (6) months from the incident (by the end of the year) to two (2) years in 2026 so again I ask you to preserve all video and written evidence.

-The Coleman Family

_____

**Ms. Jacqueline D. Gibson, Esq., LL.M**

**E:** jacquidgibson@gmail.com

**P:** 773.587.5050

CONFIDENTIALITY NOTICE
This communication, along with any documents, files, or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are notified that any dissemination, forwarding, distribution, or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original

communication and its attachments without reading, printing, or saving in any
manner.

12/8/24, 6:32 PM                                  Usage Details

🔍                          〰️ **AT&T**                          🛒  👤 ᴿ

⌂                    💳                    📋                    🔄
**Account**           **Payments**          **Billing**           **Settings**

◄                                                                          ►

Usage center    Usage details    Talk

# Usage details

Jacqui gibson 773.587.5050

Talk      Text      Data      Hotspot

## Sort by                                                     Clear all

◉ Date: Newest to oldest

○ Date: Oldest to newest

○ Location: A to Z      ○ Location: Z to A

## Filters

## Charges

We use cookies to help enhance your experience on our site and for analytics. We also may use cookies for marketing purposes. You can manage your preferences and opt out of the sharing for targeted advertising and sales of cookie data.

Learn more about our approach to privacy at att.com/privacy.

**Continue without changes**                          CHAT

**Opt out**

Manage your preferences

https://www.att.com/acctmgmt/usage/mydetails?filter=talk                    1/6

12/8/24, 6:32 PM                                    Usage Details

☐ International

**Network**

☐ Cellular calls

☐ WiFi calls

**Time of day**

☐ Morning (12 am - 11:59 am)

☐ Afternoon (12 pm - 4:59 pm)

☐ Night (5 pm - 11:59 pm)

**Search by name or number**

| name/number                                          🔍 |
| --- |

| Apr 06, 2024 - May 05, 2024 |
| --- |

📞 Incoming    📞 Outgoing

| ■ ▬▬▬▬▬ | May 05, 2024 | 7:36 pm | 3 mins | Chicago, IL | Network | **$0.00** |

We use cookies to help enhance your experience on our site and for analytics. We also may use cookies for marketing purposes. You can manage your preferences and opt out of the sharing for targeted advertising and sales of mobile data.

Learn more about our approach to privacy at att.com/privacy.

12/8/24, 6:32 PM                                              Usage Details

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☎ ▮▮▮▮▮▮▮ | May 04, 2024 | 3:45 pm | 2 mins | Incoming | Network | $0.00 |
| ☎ ▮▮▮▮▮▮▮ | May 04, 2024 | 8:45 am | 2 mins | Chicago, IL | Network | $0.00 |
| ☎ ▮▮▮▮▮▮▮ | May 03, 2024 | 4:26 pm | 1 mins | Incoming | Network | $0.00 |
| ☎ ▮▮▮▮▮▮▮ | May 03, 2024 | 10:58 am | 1 mins | Incoming | Network | $0.00 |
| ☎ ▮▮▮▮▮▮▮ | May 03, 2024 | 9:09 am | 1 mins | Bronx Nyc, NY | Network | $0.00 |
| ☎ ▮▮▮▮▮▮▮ | May 03, 2024 | 8:55 am | 7 mins | Chicago, IL | Network | $0.00 |
| ☎ **000.000.0000** | May 02, 2024 | 11:37 am | 10 mins | Blocked | Network | $0.00 |
| ☎ **000.000.0000** | May 02, 2024 | 10:53 am | 23 mins | Blocked | Network | $0.00 |
| ☎ **703.740.8132** | May 02, 2024 | 10:50 am | 2 mins | Alexandria, VA | Network | $0.00 |

We use cookies to help enhance your experience on our site and for analytics. We also may use cookies for marketing purposes. You can manage your preferences and opt out of the sharing for targeted advertising and sales of cookie data.

Learn more about our approach to privacy at att.com/privacy.

12/8/24, 6:32 PM                                                    Usage Details

| | | | | | | |
|---|---|---|---|---|---|---|
| ☎ **312.353.5290** | May 02, 2024 | 9:15 am | 22 mins | Chicago, IL | Network | **$0.00** |
| ☎ **312.353.5290** | May 02, 2024 | 9:15 am | 1 mins | Chicago, IL | Network | **$0.00** |
| ☎ **618.482.9336** | May 02, 2024 | 9:14 am | 1 mins | E St Louis, IL | Network | **$0.00** |
| ☎ **312.353.5290** | May 02, 2024 | 9:13 am | 2 mins | Chicago, IL | Network | **$0.00** |
| ☎ **312.353.5290** | May 02, 2024 | 9:09 am | 4 mins | Chicago, IL | Network | **$0.00** |
| ☎ **703.740.8132** | May 02, 2024 | 9:01 am | 2 mins | Alexandria, VA | Network | **$0.00** |
| ☎ **773.328.8038** | May 02, 2024 | 8:21 am | 34 mins | Incoming | Network | **$0.00** |
| ☎ **773.328.8038** | May 02, 2024 | 8:21 am | 1 mins | Incoming | Network | **$0.00** |
| ☎ ███████ | May 02, 2024 | 7:58 | 2 mins | Chicago, IL | Network | **$0.00** |

We use cookies to help enhance your experience on our site and for analytics. We also may use cookies for marketing purposes. You can manage your preferences and opt out of the sharing for targeted advertising and sales of cookie data.

Learn more about our approach to privacy at att.com/privacy.

12/8/24, 6:32 PM                                    Usage Details

## What would you like to do?            ( Download log )

Find a store

Make a store appointment

Fiber Internet

Unlimited phone plans

Contact us

Help & info

Credit Card

_____

( f )        ( X )        ( ⊙ )        ( in )

We use cookies to help enhance your experience on our site and for analytics. We also may use cookies for marketing purposes. You
can manage your preferences and opt out of the sharing for targeted advertising and sales of cookie data.

Learn more about our approach to privacy at att.com/privacy.

12/8/24, 6:32 PM                                        Usage Details

New Samsung Galaxy phones                    New Google Pixel phones

Internet speed test                               Newsroom

Careers

Site map                                         Coverage maps

Terms of use                                      Accessibility

Broadband details                               Legal policy center

Advertising choices 🔗                           Privacy center

Your Privacy Choices ⬤▶                      Health Privacy Notice

Cyber Security                                    FCC public files

©2024 AT&T Intellectual Property. All rights reserved.

We use cookies to help enhance your experience on our site and for analytics. We also may use cookies for marketing purposes. You can manage your preferences and opt out of the sharing for targeted advertising and sales of cookie data.

Learn more about our approach to privacy at att.com/privacy